# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2019

## NO. 03-18-00045-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**TMBJ Investments, Inc., Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the interlocutory order signed by the trial court on January 19, 2018. Appellants filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal with prejudice to refiling by any party. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.